IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01446-BNB

DENNIS LEON SMITH, and
BRUCE CLYDE SMITH,

        Plaintiff(s),

v.

UNTIED STATES,
STATE OF COLORADO,
STATE OF OKLAHOMA,
STATE OF KANSAS,
STATE OF NEW MEXICO,
STATE OF TEXAS, and
JOHN AND JANE DOES, 1-50,

        Defendants.

ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

    Plaintiff's submitted a Notice of Appeal on August 6, 2007 . The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      <u>   </u>   is not on proper form (must use the court's current form)
      <u>   </u>   is missing original signature by plaintiff/petitioner on motion
      <u>   </u>   is missing affidavit
      <u>   </u>   affidavit is incomplete

    ____ is missing original signature by plaintiff/petitioner on affidavit
    ____ affidavit is not notarized or is not properly notarized
    ____ other_____

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  10th  day of August, 2007.

                            BY THE COURT:

                                s/ Boyd N. Boland

                            _____
                            MAGISTRATE JUDGE, UNITED STATES DISTRICT
                            COURT FOR THE DISTRICT OF COLORADO